US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

APR 2 9 2026

Ronald E. Dowling
By_____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | )    Case No. 5:26-CR-500 23-001 |
| | ) |
| v. | ) |
| | )    **18 U.S.C. § 2252A(a)(5)(B)** |
| CARLOS SOZA-FRAIRE | )    **18 U.S.C. § 2252A(b)(2)** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### [Possession of Child Pornography]

On or about February 25, 2026, in the Western District of Arkansas, Fayetteville Division, the Defendant, **CARLOS SOZA-FRAIRE**, knowingly possessed material that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(B) including images of minors under the age of 12, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and attempted to do so,

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count One of this Indictment. Upon conviction of the Count of this Indictment, the Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253 the Defendant's interest in:

1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any

such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853 to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

A True Bill.

KIMBERLY D. HARRIS
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: _Tyler Williams_

Tyler Williams
Assistant U. S. Attorney
Arkansas Bar No. 2013171
414 Parker Avenue
Fort Smith, AR 72901
E-mail: tyler.williams@usdoj.gov

2