AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

<span style="color:red">RECEIVED
4/30/2026
9:46 AM
U.S. MARSHALS
W/ARKANSAS</span>

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 5:26-CR-50023-001 |
| | ) | |
| Carlos Soza-Fraire | ) | |

## ARREST WARRANT

<span style="color:red">SEALED</span>

To:　　Any authorized law enforcement officer

　　　**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Carlos Soza-Fraire**, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment　☐ Superseding Indictment　☐ Information　☐ Superseding Information　☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**One Count - 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography**

Date:　April 29, 2026

*Ty Caldwell*
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Ronald E. Dowling, U.S. Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/30/2026 , and the person was arrested on *(date)* 5/20/2026
at *(city and state)* Bentonville, AR  - Benton County Detention Center.

Date:　5/20/2026

*Dustin Chastain, DUSM by Cassandra Vega, IA*
*Arresting officer's signature*

Dustin Chastain, DUSM by Cassandra Vega, IA
*Printed name and title*

***Subject picked up on Writ from Benton County Detention Center***